

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Jaheem Eddiel Billingsley,

    Defendant.

_____/

Case: 4:25-cr-20260
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 04-16-2025
USA IND V. JAHEEM BILLINGSLEY (TT)

Violations:
18 U.S.C. § 1201(a)
18 U.S.C. § 3147

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
**18 U.S.C. § 1201(a)(1) – Kidnapping**
**18 U.S.C. § 3147 – Offense Committed While on Pretrial Release**

1.    On or about February 16, 2025, in the Eastern District of Michigan, defendant, Jaheem Billingsley, unlawfully and willfully seized, confined, kidnapped, abducted, and carried away and held A.K. for ransom or reward or otherwise, and used a means, facility, and instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, in violation of 18 U.S.C. § 1201(a)(1).

2.    On or about January 29, 2025, in the Eastern District of Michigan, defendant Jaheem Billingsley was placed on pretrial release in the case of *United*

*States v. Jaheem Billingsley*, case no. 4:25-cr-20020. That same day, Jaheem Billingsley was notified of the potential effect of committing a federal offense while on pretrial release in an order setting the conditions of his release. On February 16, 2025, Jaheem Billingsley remained released under chapter 207 of Title 18 of the United States Code. On February 16, 2025, Jaheem Billingsley committed kidnapping, a felony offense, in violation of 18 U.S.C. § 1201(a)(1), by unlawfully and willfully seizing, confining, kidnapping, abducting, and carrying away and holding A.K. for ransom or reward or otherwise, and using a means, facility, and instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, and as alleged above in paragraph one.

All in violation of Title 18, United States Code, Section 3147.

THIS IS A TRUE BILL

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

s/ ANTHONY P. VANCE
ANTHONY P. VANCE
Chief, Branch Offices

s/ BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Date: April 16, 2025

| | | Case: 4:25-cr-20260 |
|---|---|---|
| **United States District Court** | Criminal Case Cov | Judge: Kumar, Shalina D. |
| **Eastern District of Michigan** | | MJ: Ivy, Curtis |
| | | Filed: 04-16-2025 |
| | | USA IND V. JAHEEM BILLINGSLEY (TT) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information                    **Companion Case Number:**

This may be a companion case based on LCrR 57.10(b)(4)[1]:

☒ Yes ~~No~~  25-cr-20020            AUSA's Initials: _BL_

**Case Title:** USA v. Jaheem Billingsley

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 16, 2025
Date

s/BLAINE LONGSWORTH

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177
Bar #: P55984

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.